UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:93-cr-0073-LJM-TAB-1 |
| | ) | |
| MATTHEW WRIGHT, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Matthew Wright's supervised release be modified, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The defendant's supervised release is modified to include residing at Volunteers of America Residential Reentry Center for a period of six (6) months;
2. Any fees assess by the Volunteers of America with respect to Mr. Wright's residence during this period are hereby waived and shall not be charged to Mr. Wright.
3. Mr. Wright shall refrain from the use of any alcohol during the remaining period of his supervised release.
4. All other terms of Mr. Wright's supervised release to remain unchanged.

SO ORDERED this   05/22/2014

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email generated by the Court's ECF system.

U. S. Parole and Probation

U. S. Marshal